UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:16-CR-00196 |
| v. | * | |
| | * | JUDGE WALTER |
| JACOB CHARLES TRAVIS | * | |
| | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Jacob Charles Travis, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Jacob Charles Travis is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 25 day of January, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
